IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL A. LOMBARDO
Plaintiff

Amy Zanelli
ANDREW YOST
ROBERT L. NICKELSON
Thomas RASICH
MATTHEW STEIDEL
CHRISTOPHER SPANGLER
BETHLEHEM CITY POLICE DEPT. et. al.;

CASE NO: _____

JUDGE _____

I. PARTIES

a.    Plaintiff
      Full Name:    Michael Anthony Lombardo

      Prison identification Number:    018008

      Place of confinement present:    Lehigh County Jail
            38 N. 4th St - Allentown Pa. 18102
      Place of confinement at time of incident or condition alleged
      in complaint. including address: L.C.J   38 N 4th St
            Allentown Pa. 18102

b.    Defendants.

1.    Full Name including title:    Officer Andrew Yost #490
      Place of employment & section or Unit. PA0480300

2.    Full name including title:    Robert L Nickelson Officer
      Place of employment & section or Unit. PA0480300

3.    Full Name including title:    Thomas Rasich #432 Detective
      Place of employment & section or Unit. PA0480300

4.    Full name including title:    Matthew Steidl #459 Officer
      Place of employment & Section or Unit PA0480300

## II   PREVIOUS LAWSUITS

Parties to your previous lawsuit.

Plaintiffs _____

Defendants _____

Issues: _____

_____

Court, if federal which district? _____

If State, which county? _____

Docket Number: _____ Date Filed _____

Name of presiding judge: _____

Disposition (check correct answer(s)) Date: _____

Dissmissed _____    Reason _____

Judgement _____    In who's favor _____

Pending _____    Current State _____

Other _____    Explain _____

Appeal filed? _____    Current State _____

## III   ADMINISTRATIVE REMEDIES

preliminary hearing to talling (to date) 97 days awaiting Preliminary hearing. (10) Plaintiff alerted the proper Authorities of his illegal confinement. (11) Plaintiff avers his incarceration is illegal due to (12) charges being false & not in discription of Affidavit of Probable Case (MD-0155-2022 for MJ-31106-417-2023 (13) Authorities used information from a prior illegal arrest to obtain legal documents, to seize items not lawfully seizable. (14) All done under the color of law, By Bethlehem Police dept. Thomas Rasich #432 (15) Authorized by Magistrate Amy Zanelli & Prosecuted by Lehigh County A.DA. Jay Jenkins.

Petitioner avers all parties Pennsylvania State Police (Trooper Colin Wescoe & John Does) Special Operations/Vice Unit Bethlehem City Police dept. (16) Petitioner avers this Court Use All methods Petitioner filed with (Lehigh County Court of Common pleas(A) Pennsylvania State Police - Special Operations/Vice Unit Bethlehem City Police dept & its detectives (a) approx 11:45 am Seized Pistal whipped & Knocked out Petitioners teeth (18) then Sexually assaulted me. (19) while robbing me of my money and ripping my "chains" from around my Neck (On video (20) I was refused medical attention by Allentown - or local "EMS" (21) I was forced to consent to a Search of a Jointly occupied hotel room (22) where money that was in closed suitcases and brief cases was opened and taken. Everything was reported over g+l phone calls and tabled use to (23) Stephanie Meinhart. who robbed & stole Petitioners belongings while acting as Petitioners agent for POA purposes.

## IV. STATEMENT OF CLAIM

1. On (Nov. 14 2023) or thereafter plaintiff telephoned Bethlehem Police dept & reported that he had illegally evicted and assaulted and kidnapped.

2. Plaintiff left a "voice mail" due to call volume the police station required a individual reporting a crime to leave home number and reason for the call.

3. Approx 3:30 pm (Nov. 14. 2023) Plaintiff was called back & informed officer of his situation being illegally & physically removed, threatened, robbed, & kidnapped

4. I was informed I needed to appear at the police station which was impossible, due to being relocated to New Jersey due to the emergency (eviction)

5. Plaintiff informed authorities of his willingness to file charges and upon his returning to Pennsylvania he would make contact. & file charges.

6. (Nov. 17. 2023) plaintiff attempted to alert authorities of being back in Pennsylvania but received no call back.

7. Instead Bethlehem City police dept & officer's (Matthew Steidel #459 & christopher Hancock #487) & others John Doe (officers) arrived & immediately seized plaintiff

(a) by grabbing him by the arm & then surrounding him in a show of force.

8. Plaintiff insisted he had been assaulted and that he wished to pursue criminal charges against owner landlord-tenant (Stephanie Meinhart.)

(a) Plaintiff averred his assaults with a weapon and Multiple other assaults & robbery & kidnapping

(a) from 627 Second Ave. Bethlehem Pa. 18018.

9. Instead of assisting the mentally challenged individual Officer's Steidel #459 & Hancock #487 & others John Doe officers assisted Stephanie Meinhart.

10. Officers kept intimidating plaintiff and did not provide any protection to him but did plot and conspire and did assist the (female) who "said" Plaintiff, Plaintiff made a threat that was unreported on Nov. 9. 2023 over a week past.

11. Plaintiff avers everything was recorded by Police body personal security & video camera from cell phone.

12. Plaintiff avers (Mathew Steidel #459, Christopher Hancock) several other officers conspire on police body camera, in providing ways to manipulate the system.

13. while officers conspired with the female to gender (discriminate) other officers made Plaintiff provide his his name d.o.b. & social security info.

14. Then to further this plot they provided magistrate Amy Zanelli's info and setup a emergency "PFA" meeting (for a unreported words from over a week prior.)

15. That was solely based on Stephanie Meinhart's accusation that was <u>unfounded</u> & <u>unreported</u>

16. Not like Plaintiff who made several attempts to police security video of the assault & robbery.

17. A hour or so later police arrived with a "Temp" "PFA" issued by Magistrate Amy Zanelli with no probable cause what so ever.

18. Plaintiff questions how did Amy Zanelli issue probable cause without any requirement at all. No verification that Plaintiff said anything.

19. <u>Police</u>, <u>Stephanie Meinhart</u> & <u>Magistrate Amy Zanelli</u> Fabricated evidence & And probable cause thus civilly conspiring with one another.

20. Plaintiff avers no Equal protections of law was provided nothing but malfeasance was. Btw live scan and video of the alleged situation should available by the Bethlehem City police dept.

## V CLAIMS

### COUNT 1: SEARCH & SEIZURE 18 USCS § 2236

This claim is being filed against Bethlehem City Police & its officers Ofc. Matthew Steidel #459 - Christopher Pfarcock 487 and 5 John Doe's for their above listed actions as stated in the statement of claims section, which were in violation of my Constitutional Rights under Fourth Amendment. At all relevant times these individuals were officers of the Bethlehem City Police dept. Acting under the color of law. Plaintiff is seeking compensatory & punitive damages for said violations.

### COUNT 2 IDENTITY THEFT 18 Pa. C.S. § 4120

This claim is being filed against Bethlehem city Police dept., & its officers Matthew Steidel #459 Christoph Pfarcock #487 and (5) John Doe's & 5 Jane Does for their above-listed actions which were in violation of my Constitutional Rights under <u>Fourth Amendment</u>. At all relevant times these individuals where officers of the Bethlehem City Police dept Acting under the color of law. Plaintiff is

Seeking Compensatory & punitive damages
for said violations.

COUNT3: EQUAL PROTECTION of LAW/GENDER DISC.
42 USCS § 1981    ~~42 USCS § 1985~~

This claim is being filed against Bethlehem
City Police dept. & its officers Matthew
Steidel #459 Christopher Peacock #487 (10)
John Doe's & 10 Jane Doe's for thier
above listed actions as Stated in the State-
ment of Claims seetion, which were in
violation of my Constitutional Rights
under FOURTH & FOURTEENTH AMENDMENTS.
At all Relevant times these individuals were
acting under the color of law. Officers Beth-
lehem Police dept. Plaintiff is Seeking Com-
pensatory & punitive damages And said
violations.

                                42
COUNT 4: CIVIL CONSPIRACY USCS § 1985

    This claim is being filed against
(Stephanie Weinhart) Magistrate Amy Zanelli
Matthew Steidel #459 Christopher Peacock #487
5 John Doe & 5 Jane Does for thier above
listed actions as Stated in the Statement
of Claims Seetion which were in violation
of my Constitutional Rights under FOURTH &
FOURTEENTH Amendments. At all relevant
times all individuals with the exception of
(Stephanie Weinhart) were acting under the color
of law. Plaintiff is Seeking Compensatory &
punitive damages for said violations.

 ALL THE ABOVE LISTED OFFICERS/ INDIVIDUALS are being sued in their OFFICIAL as well as their INDIVIDUAL CAPASITIES.

## VI RELIEF

Relief sought: punitive damages & compensatory damages, officer training, All costs of litigation & any potential attorney fees & any other form of relief that the Court may Deem appropriate. Suppression of Identity. I request that my case be placed on the civil rights panel.

## VII DECLARATION & SIGNATURE

I declare under penalty of perjury the foregoing are true & correct to the best of my knowledge & belief.

Date 3/26/24

Michael A. Lombardo
L. CJ - 186008
38 N. 4th St.
Allentown Pa. 18102

NAME: Michael Lombardo 18008
LEHIGH COUNTY JAIL
38 NORTH 4TH STREET
ALLENTOWN PA 18102-3489

LEHIGH VALLEY PA 180
18 MAR 2024 PM 2 L

USA ★ FOREVER

RECEIVED
APR - 1 2024
BY:_____

U.S.

Michael E. Kunz
Clerk U.S. District Court
Eastern District of Penn.
2609 U.S. Courthouse
601 Market St
Phila. Pa. 19106-1797