# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL A. LOMBARDO,** | : | |
|     **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 24-CV-1383** |
| | : | |
| **OFFICER ANDREW YOST,** *et al.*, | : | |
|     **Defendants.** | : | |

# ORDER

AND NOW, this 11th day of July 2024, upon consideration of Plaintiff Michael A. Lombardo's *pro se* Second Amended Complaint (ECF No. 12) ("SAC"), it is **ORDERED** that:

1. The SAC is **DISMISSED** for the reasons stated in the Court's Memorandum as follows:

    a. All federal claims, including claims brought pursuant to 42 U.S.C. § 1983, the Electronic Communications Privacy Act of 1986, 18 U.S.C. § 2510 *et seq.*, or the Stored Communications Act, 18 U.S.C. § 2701 *et seq.*, are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim.

    b. All state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

2. The Clerk of Court is **DIRECTED** to close this case.

                                                            **BY THE COURT:**

                                                             **/s/ John Milton Younge**
                                                             **JOHN MILTON YOUNGE, J.**